**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Morgan ROSE, Defendant—Appellant.**

No. 03–30241.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2004.*

Decided April 26, 2004.

Douglas B. Whalley, Esq., USSE—Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Michael Craig Nance, Esq., Law Office of Michael Nance, Seattle, WA, for Defendant–Appellant.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

MEMORANDUM **

Morgan Rose appeals the district court's order revoking his supervised release and imposing an 18–month sentence. He originally pleaded guilty to conspiracy to import and distribute marijuana, in violation of 21 U.S.C. § 841(b)(1)(D).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rose has filed a brief stating there are no meritorious issues, and a motion to withdraw as counsel of record. No pro se brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.